IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| VSS INTERNATIONAL, INC. | § | |
| f/k/a INTERNATONAL SURFACING | § | |
| SYSTEMS | § | |
|     Plaintiff, | § | |
| | § | |
|   v. | § | Civil Action No. 7:15-cv-00016 |
| | § | |
| DELHUR INDUSTRIES, INC. | § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the Stipulation of Dismissal With Prejudice (the "Stipulation") filed by Plaintiff, VSS International, Inc. f/k/a International Surfacing Systems ("VSSI"), and Defendant, DelHur Industries, Inc. ("DelHur"). The Court having reviewed the file and the Stipulation hereby ORDERS AND ADJUDGES that VSSI's claims in this case against DelHur are dismissed with prejudice to the refiling of same. Each of the Parties will bear its own attorneys' fees and costs.

DONE AND ORDERED on this 30th day of December, 2015.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE